**FILED**

02/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0181

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0181

_____

IN RE THE MARRIAGE OF:

ALIA DAY FLOREN,

       Petitioner and Appellee,

             O R D E R

   v.

JAVIER BAUTISTA-SCHEUBER,

       Respondent and Appellant.

_____

Appellant Javier Bautista-Scheuber has filed a Motion Requesting Permission to Surpass the Reply Brief 5000-Words Limit.

On January 20, 2022, the Court granted Appellant's motion to electronically file his reply brief and ordered that it comply with the applicable Montana Rules of Appellate Procedure.

On January 27, 2022, the Court rejected Appellant's reply brief because it exceeded the 5000-word limit.

The Court has twice ordered Appellant to comply with the Rules of Appellate Procedure. We will not entertain any further motions regarding the filing of the reply brief.

IT IS HEREBY ORDERED that Appellant's motion to exceed the 5000-word limit is DENIED.

Appellant's reply brief is due no later than February 14, 2022. If the brief does not comply with the 5000-word limit the case will be submitted to the Court on the briefs filed to date.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 3 2022